(Pleito No. 4.—Fallado en Noviembre 22 de 1899.)

## CORTADA contra PÉREZ.

RECURSO contra sentencia dictada por la Corte de Distrito de Ponce.

### AUTO.

1.—Hecha y presentada la tasación de costas, no se admitirá la inclusión ó adición de partida alguna. (*Artículos 420 y 424 de la Ley de Enjuiciamiento Civil.*)
2.—La Corte Suprema no es el Tribunal llamado á hacer cumplir la sentencia de la Corte de Distrito. (*Artículos 918 y 1,292 de la Ley de Enjuiciamiento Civil.*)